FILED

01/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0033

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0033

_____

SHARON McCREA,

     Plaintiff and Appellant,

  v.

CONNIE SUE LARSON, ESTATE OF            O R D E R
MARTINNE E. CHEW, CHICAGO TITLE
INSURANCE COMPANY, LOANCARE
ACCOUNT SERVICING and Any Other
Party, i.e., JOHN DOE,

     Defendants and Appellees.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John A. Kutzman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2024